**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br>vs.<br>JOHN DOE subscriber assigned IP address 174.160.254.122,<br>Defendant. | Case Number: 5:26-cv-08669-SVK<br><br>Honorable Susan van Keulen<br><br>**~~[PROPOSED]~~ ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for January 19, 2027, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until February 2, 2027 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for January 19, 2027 is continued to March ~~2~~ 9, 2027~~.~~ at 9:30 a.m. A Joint Case Management Statement is due March 2, 2027.

**DONE AND ORDERED**.

Dated: November 18, 2026

By: ______________________
**United States Magistrate Judge**
Hon. Susan van Keulen